UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal Case No. 07-324 (EJS) |
| EDWARD JACKSON and SILVIA JENNIFER, | : | |
| | : | |
| Defendants. | | |

**GOVERNMENT'S NOTICE OF FILING**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully submits the attached proposed Order as directed by the Court.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

BY: _____/s/_____
JEAN W. SEXTON
Assistant United States Attorney
NJ Bar No. 02122-1995
555 4th St., N.W. Room 4235
Washington, D.C. 20530
(202) 305-1419
Jean.Sexton@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | **Criminal Case No. 07-324 (EJS)** |
| **EDWARD JACKSON and SILVIA JENNIFER,** | : | |
| | : | |
| Defendants. | | |

## ORDER

This matter came before the Court on December 12, 2007, on the joint oral motion of defendant Silvia Jennifer and the Government to exclude the time from December 13, 2007, until the next status hearing on December 20, 2007, under 18 U.S.C. § 3161(8)(B)(iv) of the Speedy Trial Act, to afford defense counsel an opportunity to review the discovery and to adequately advise defendant Jennifer upon completion of the review.

Upon consideration of the joint motion, and upon finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant to a speedy trial, it is hereby

**ORDERED**, this _____ day of December 2007, that the Motion is **GRANTED**, and it is further

**ORDERED**, that the time from December 13, 2007, until the next status hearing on December 20, 2007, shall be excluded under the Speedy Trial Act.

_____
JUDGE EMMET G. SULLIVAN